RECEIVED
IN MONROE, LA
DEC 2 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BERDETTA L. ADAMS | CIVIL ACTION NO. 07-1923 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICAHEL J. ASTRUE, COMMISSIONER<br>SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 13], together with the written objection [Doc. No. 14] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 2nd day of December, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE